## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUIS J. MARQUEZ,** | : |
| | : |
| **Plaintiff** | :    **CIVIL ACTION NO. 3:12-1280** |
| | : |
| **v.** | : |
| | :      **(JUDGE MANNION)** |
| **CAROLYN COLVIN,** | : |
| **Acting Commissioner of the** | |
| **Social Security Administration** | : |
| | : |
| **Defendant** | : |

## ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1)    The plaintiff's appeal challenging the Commissioner's denial of DIB and SSI benefits, (Doc. 1), is **DENIED**;

(2)    The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-1280-01.hhs-ORDER.wpd